IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ARSENIO A. STEVENSON,

Plaintiff,

v.

TRANS UNION, LLC.,

Defendant.

Case No. 18-cv-166 JPG/SCW

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: October 12, 2018**       **THOMAS L. GALBRAITH, Acting Clerk of Court**

*s/Tina Gray*
**Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**